**07 CIV 8800**

*JUDGE SCHEINDLIN*
5244RULE7.1/5244KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso (TG3737)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM MARITIME CORP. and GLENCORE LTD., )
)
                Plaintiffs, )
)
   - v. - )
)
M/T CAPE BILLE, her engines, tackle, apparel, etc., *in rem*, )
)
   -and against- )
)
CAPE BILLE SHIPPING CO., LTD., MT CAPE BILLE TANKSCHIFFAHRTS GMBH & CO. KG, COLUMBIA SHIPMANAGEMENT LTD., *in personam*, )
)
                Defendants. )

07 Civ. ( )

RULE 7.1 STATEMENT

---

      Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for plaintiffs certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

              NONE

1

Dated:  New York, New York
       October 11, 2007

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiffs
Adam Maritime Corp. and Glencore Ltd.

By: _____
Thomas M. Grasso (TG3737)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800

2