*Kennedy Lillis Schmidt & English*

*75 Maiden Lane*

*New York, N.Y. 10038-4816*

*Telephone: 212-430-0800*

HTTP://WWW.KLSELAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

CRAIG S. ENGLISH (NY & NJ)
JOHN T. LILLIS, JR. (NY & NJ)
CHARLES E. SCHMIDT

CHERI A. CHESTNUT (NY & NJ)
THOMAS M. GRASSO (NY & NJ)

COUNSEL

DONALD M. KENNEDY
LENORE E. McQUILLING
THOMAS C. MURPHY

FACSIMILE: 212-430-0810
CONTACT WRITER DIRECT:
TGRASSO@KLSELAW.COM
212-430-0806

November 28, 2007

RECEIVED
CHAMBERS OF
NOV 2 8 2007
JUDGE SCHEINDLIN

BY FAX: (212) 805-7920

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

  Re: Adam Maritime Corp. and Glencore
    Ltd. v. M/T CAPE BILLE, et al.
    Docket No. 07 CV 8800
    Our File: 5244

Dear Judge Scheindlin:

  We represent plaintiffs Adam Maritime Corp. & Glencore Ltd. We write on behalf of all counsel to respectfully request an adjournment of the Initial Conference, currently scheduled for Wednesday, December 5, 2007 at 4:30 p.m., to a date in the week of December 17, 2007. This is the first such request.

  This case concerns alleged contamination damage to a 62,570 barrel parcel of jet fuel carried aboard the vessel M/T CAPE BILLE from El Palito, Venezuela to Quebec, Canada in July 2004. Plaintiffs allege damages of approximately $130,000.

  Counsel are in ongoing discussions concerning proceeding before a private arbitrator (pursuant to charter party terms) and possible settlement. Counsel need additional time to consult with their clients in these respects and would prefer not to unnecessarily use the Court's time and resources.

*Request granted. Conference adjourned to December 20 at 4:30. So Ordered. [signature] USDJ 11/28/07*

**Kennedy Lillis Schmidt & English**

November 28, 2007
Page 2

Hon. Shira A. Scheindlin
Docket No. 07 CV 8800

---

Additionally, the undersigned has a schedule conflict on December 5, as he is scheduled to attend a settlement conference before U.S. Magistrate Judge Patty Schwartz in the District of New Jersey that same day and would be unable to assure attendance at both conferences.

Counsel are available the week of December 17 for the initial conference. The undersigned respectfully requests that if the Court schedules the Initial Conference for December 17, 18 or 19, that it be set for a time between 10:00 a.m. and 2:00 p.m. in order to accommodate his child custody arrangements which require his departure from Manhattan to New Jersey those days by 3:00 p.m. The undersigned has no such constraints or conflicts on December 20 and 21.

Accordingly, we respectfully request an adjournment of the Initial Conference, currently scheduled for Wednesday, December 5, 2007 at 4:30 p.m., to a date in the week of December 17, 2007. Thank you very much for your time and consideration of this request.

Respectfully submitted,

KENNEDY LILLIS SCHMIDT & ENGLISH

By: _____
Thomas M. Grasso

TMG/

CC: BY EMAIL:

TBELKNAP@BLANKROME.COM
Thomas Belknap, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Attorneys for Defendants