```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ADAM MARATIME CORP.,          :
                              :    ORDER OF
            Plaintiff,        :    DISCONTINUANCE
                              :
      -against-               :    07 Civ. 8800 (SAS)
                              :
CAPE BILLIE SHIPPING CO., LTD.,:
et al.,                       :
            Defendants.       :
------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      Plaintiff's counsel having notified the Court that the parties have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      Plaintiff's counsel is directed to serve a copy of this Order upon his adversary.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 20, 2007

## - Appearances -

**For Plaintiff:**

Thomas M. Grasso, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, NY 10038
(212) 430-0800